# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07CR126

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| NOEL TAVAREZ-ROJAS. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion to Suppress Evidence and for Hearing. Having considered defendant's Motion to Suppress Evidence and for Hearing and reviewed the pleadings, and it appearing that a hearing is necessary in advance of trial during the March 2008 term, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Hearing on its Motion to Suppress Evidence (part of #17) is **GRANTED,** and defendant's Motion to Suppress is **CALENDARED** for hearing on February 19, 2008, at 12 noon. In accordance with Local Criminal Rule 47.1(E), the government shall file its responsive brief not later than February 15, 2007.

Signed: February 12, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge