# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR126

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| NOEL TAVAREZ-ROJAS ) | |

**THIS MATTER** is before the Court on the Magistrate Judge's Memorandum and Recommendation, filed February 21, 2008.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, United States Magistrate Judge Dennis L. Howell, was designated to consider pending motions in the captioned criminal action and to submit to this Court recommendations for the disposition of these motions.

On February 21, 2008, the Magistrate Judge filed a Memorandum and Recommendation in this case containing proposed findings of fact and conclusions of law in support of a recommendation regarding Defendant's motion to suppress. The parties were advised that any objections to the

Magistrate Judge's findings were to be filed in writing on or before February 29, 2008. No written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the Defendant's motion be denied.

**IT IS, THEREFORE, ORDERED** that Defendant's motion to suppress is hereby **DENIED**.

Signed: March 4, 2008

Lacy H. Thornburg
United States District Judge