# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:07CR126-01-T |
| ) | |
| ) | ORDER DISMISSING |
| v. ) | MATERIAL WITNESS WARRANT |
| ) | FOR EFRAIN TORRES-CALLERAS |
| NOEL TAVAREZ-ROJAS ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the material witness warrant for Efrain Torres-Caleras.

The Government advises the Court that the material witness's appearance is no longer required and that he should be released from custody based on such warrant.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the material witness warrant for Efrain Torres-Calleras is hereby **DISMISSED** and he shall be released from custody based on the same forthwith.

The Clerk is directed to transmit this Order electronically to defense counsel, the United States Marshal, and the United States Attorney.

Signed: April 29, 2008

Lacy H. Thornburg
United States District Judge